# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>EDGAR ADRIAN CARDENAS-RAMIREZ,<br><br>                    Defendant. | CASE NO. 16-cr-01066-CAB<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii),(v)(II),(a)(1)(B)(1) - Transportation of Certain Aliens for Financial Gain and Aiding and Abetting (Felony)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/08/16

Jan M. Adler
U.S. Magistrate Judge

FILED
JUN 08 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY